**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

RAYMMON R. SHUMAN,

      Plaintiff,

   v.

ATTORNEY TOM SEARS, *et al.*,

      Defendants.

CIVIL ACTION NO.: 4:22-cv-265

**O R D E R**

On March 3, 2023, the Magistrate Judge recommended that *pro se* plaintiff Raymmon R. Shuman's case be dismissed for his failure to comply with the Court's orders and to prosecute it. (Doc. 5.)   Three days later, one of the named defendants, the State Bar of Georgia, filed a Motion to Dismiss the claims Shuman asserted against it.   (See doc. 6.)   The deadline for Shuman to oppose that Motion has passed and he has not responded.   See L.R. 7.5.   His failure to respond to the Motion to Dismiss is cumulative of his prior failure to take any action to prosecute this case. See, e.g., Anderson v. Augustin, 2020 WL 7873059, at *1-*2 (S.D. Ga. Dec. 8, 2020), adopted 2021 WL 27304 (S.D. Ga. Jan. 4, 2021).   It is clear, therefore, that Shuman has failed to prosecute this case.

Accordingly, after a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's March 3, 2023, Report and Recommendation, (doc. 5), to which no party has filed an objection.   The Court **ADOPTS** the Report and Recommendation as its opinion.

Plaintiff's Complaint is **DISMISSED**.   (Doc. 1.)   Defendant's motions are **DISMISSED** as moot.   (Docs. 6 & 8.)   The Clerk of Court is **DIRECTED** to close this case.

      **SO ORDERED**, this 24th day of March, 2023.

_____

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA