AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RAYMMON R. SHUMAN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: 4:22-cv-265

ATTORNEY TOM SEARS, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order of the Court March 24, 2023, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's complaint is dismissed and this case stands closed.

Approved by: _____

March 27, 2023  
Date

John E. Triplett, Clerk of Court  
Clerk

_____  
(By) Deputy Clerk

GAS Rev 10/2020